■ PEOPLE ex rel. DAVID F. TUSZYNSKI, Appellant, v SUPERINTENDENT DAVID STALLONE, Cayuga Correctional Facility, Respondent. [984 NYS2d 623]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Mark H. Fandrich, A.J.), entered October 29, 2012 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs.

Memorandum: Supreme Court properly denied the petition for a writ of habeas corpus. Petitioner's contentions were, or could have been, raised on direct appeal from the judgment of conviction or in a motion pursuant to CPL article 440, and thus habeas corpus relief is unavailable (see People ex rel. Montgomery v Artus, 114 AD3d 1171, 1172 [2014]; see also People v Tuszynski, 71 AD3d 1407 [2010], lv denied 15 NY3d 810 [2010]). Additionally, "petitioner has shown no reason to justify a departure 'from traditional orderly procedure' " (People ex rel. Lanfair v Corcoran, 60 AD3d 1351, 1351 [2009], lv denied 12 NY3d 714 [2009]; see People ex rel. Johnson v Fischer, 69 AD3d 1100, 1101 [2010], lv denied 14 NY3d 707 [2010], rearg denied 15 NY3d 745 [2010]). We have reviewed petitioner's contention in his pro se supplemental brief, and we conclude that it also could have been asserted on direct appeal or in a postconviction motion. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.

■ PATRICIA KARAM, Individually and as Administratrix of the Estate of TONY KARAM, Deceased, Appellant-Respondent, v ADIRONDACK NEUROSURGICAL SPECIALISTS, P.C., et al., Defendants, and ST. ELIZABETH MEDICAL CENTER et al., Respondents-Appellants. (Appeal No. 1.) [984 NYS2d 907]—Appeal and cross appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered November 19, 2012 in a medical malpractice and wrongful death action. The order, among other things, denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that said cross appeal is unanimously dismissed (see Edgett v North Fork Bank, 72 AD3d 1635, 1635 [2010]), and the order is affirmed without costs. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Valentino, JJ.